■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS COLON, Appellant. [983 NYS2d 751]—Appeal from a judgment of the County Court of Montgomery County (Catena, J.), rendered May 4, 2011, convicting defendant upon his plea of guilty of the crimes of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts).

Judgment affirmed. No opinion.

Peters, P.J., Stein, McCarthy and Rose, JJ., concur. Ordered that the judgment is affirmed.